IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-410-JLK**

**TRACY MALTOS,**

    Plaintiff,

v.

**HARTFORD INSURANCE COMPANY OF THE MIDWEST,**

    Defendant.

## ORDER

Kane, J.

Plaintiff's Notice of Consent to the Dismissal of Plaintiff's Claim Based on the Colorado Consumer Protection Act (doc. #13), filed October 6, 2008 is deemed a voluntary dismissal of Plaintiff's CCPA claim. It is, therefore

ORDERED that Plaintiff's Third Claim for Relief under CCPA is considered voluntarily dismissed. Defendant's Motion for Partial Judgment on the Pleadings as to Plaintiff's Claim Under the Colorado Consumer Protection Act (doc. #12), filed October 10, 2008, is DENIED AS MOOT.

Dated this 10th day of October, 2008.

                                            BY THE COURT:

                                            *S/John L. Kane*
                                            John L. Kane, Senior Judge
                                            United States District Court