IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00410-PAB-BNB

TRACY MALTOS,

Plaintiff,

v.

SENTINEL INSURANCE COMPANY, LTD., a Connecticut corporation,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　IT IS ORDERED that the Motion for Protective Order [docket no. 16, filed December 10, 2008] is GRANTED.


DATED: December 11, 2008