IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 08-cv-00410-PAB-BNB

TRACY MALTOS,

    Plaintiff,

v.

SENTINEL INSURANCE COMPANY, LTD.,

    Defendant.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the parties' Stipulation for Dismissal with Prejudice [Docket No. 25]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED February 2, 2009.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge